# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NATE WALKER (#433462) | CIVIL ACTION |
| VERSUS | NO. 19-425-BAJ-EWD |
| DARREL VANNOY, ET AL. | |

## ORDER

Before the Court is a Petition for Writ of Habeas Corpus filed by Petitioner, Nate Walker ("Petitioner"), an inmate incarcerated at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana.[1] On or about June 28, 2019, Petitioner filed a 28 U.S.C. § 2254 application herein challenging his conviction for armed robbery, entered in 2009.[2]

The petitioner has previously filed multiple other petitions for writ of habeas corpus in this Court regarding the same conviction.[3] 28 U.S.C. § 2244(b)(1) and (2) authorize dismissal of "second and successive" habeas corpus petitions, and § 2244(b)(3) directs a petitioner filing a "second and successive" habeas to obtain authorization from the appropriate Court of Appeals before filing the petition in District Court.

The instant Petition is another attempt to collaterally attack Petitioner's state court conviction, and Petitioner's claims are clearly successive. As Petitioner has not yet received permission from the Court of Appeals to file this successive petition in the District Court as required by statute, this Court lacks jurisdiction to consider his claims. Accordingly,

---

[1] R. Doc. 1.
[2] R. Doc. 1.
[3] *See Nate Walker v. N. Burl Cain*, Civil Action No. 13-247 (M.D. La) (denying Petitioner's writ of habeas corpus); and *see, e.g., Nate Walker v. Darrel Vannoy*, Civil Action No. 16-335 (M.D. La.) (deeming the claims of Petitioner successive and transferring the action to the United States Court of Appeals for the Fifth Circuit for a determination regarding whether the prisoner was authorized to file a successive habeas petition, which the Fifth Circuit denied).

**IT IS ORDERED** that the Petition[4] be deemed successive, and that it be **DISMISSED** for lack of jurisdiction because Petitioner did not obtain permission from the United States Court of Appeals for the Fifth Circuit prior to filing.

Baton Rouge, Louisiana, July 26, 2019.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[4] R. Doc. 1.